## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### <u>Richmond</u>  Division

In re:  James Sidney Ingram )
)
) Case No.   <u>16-30701-KRH</u>
)
)
) Chapter   <u>13</u>
Debtor(s) Address )
8005 Creighton Pkwy Ste C #200 )
 Mechanicsville, VA 23111 )
)
Last four digits of Social Security No(s).:  <u>5220</u> )
)
)

# NOTICE OF MOTION (OR OBJECTION)

<u>James Sidney Ingram</u> has filed papers with the court to   <u>Vacate the Order of Dismissal and Reinstate the Case</u>   .

        **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

        If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before  May 23, 2016, you or your attorney must:

        ☐        File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                Clerk of Court
                United States Bankruptcy Court
                701 East Broad St.
                Richmond, VA 23219

        You must also mail a copy to:

                America Law Group, Inc.
                8501 Mayland Dr., Ste 106
                Henrico, VA 23294

☐      Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐      Attend the hearing on the motion (or objection) scheduled to be held on June 1, 2016 at 12:00 p. m. at United States Bankruptcy Court,  701 East Broad Street, Crtrm 5000  Richmond, VA 23219.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  5/9/2016

Signature, name, address, and telephone number of person giving notice:
/s/ Richard J. Oulton
Richard J. Oulton
America Law Group
8501 Mayland Dr. Ste 106
Henrico, VA 23294
Virginia State Bar No.  29640
Counsel for    James Sidney Ingram

<u>Certificate of Service</u>

I hereby certify that I have this 9th  day of May, 2016, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard J. Oulton
Richard J. Oulton, Esq.

**ACE Sales Group**
657 West Indiantown Rd
Ste 205
Jupiter, FL 33458

**Fredericksburg Credit Bureau**
10506 Wakeman Dr.
Fredericksburg, VA 22407

**Greenline Loans**
PO Box 507
Hays, MT 59527

**Penn Credit**
PO Box 988
Harrisburg, PA 17108

**Progressive Finance**
PO Box 413110
Salt Lake City, UT 84141

**Sharon Horner & Assoc. PLC**
6804 Patterson Ave, Ste A
Richmond, VA 23226

**Wells Fargo Bank NA**
Recovery Dept
PO Box 5058
Portland, OR 97208

**White Hills Cash**
Island Finance
PO Box 330

Hays, MT 59527

**Acceptance Now**
attn: Customer Service
501 Headquarters Dr
Plano, TX 75024-0000

**Affirm, Inc.**
PO Box 2854
San Francisco, CA 94126

**Ashley Furniture Homestore**
6312 W Broad St.
Richmond, VA 23230

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0000

**Celtic Bank/contfinco**
121 Continental Dr Ste 1
Newark, DE 19713-0000

**Central Furniture Company, Inc**
3700 Mechanicsville Tnpk
Richmond, VA 23223-0000

**Child Support Va**
Bk Unit/Div. of Child Support Enforcemen
2001 Maywill St Ste. 104
Richmond, VA 23230-0000

**Contract Callers Inc.**
501 Greene St. Suite 302
Augusta, GA 30901

**Credit Acceptance**
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-0000

**Credit Collection Svcs**
725 Canton St.
Norwood, MA 02062

**Credit Control Corp**
PO Box 120568
Newport News, VA 23612-0000

**Dominion Dermatology PC**
5201-A Hickory Park Dr.
Glen Allen, VA 23059

**Dominion Virginia Power**
PO Box 26543
Richmond, VA 23290

**DriveTime**
4112 West Broad St.
Richmond, VA 23230

**Enterprise Rent A Car**
323 Alexander Lee Pkwy
Williamsburg, VA 23185

**ERC/Enhanced Recovery Corp**
8014 Bayberry Rd
Jacksonville, FL 32256-0000

**Fast Auto Loans**
5218 West Broad Street
Richmond, VA 23230-0000

**First Premier Bank**
601 S Minneapolis Ave
Sioux Falls, SD 57104-0000

**First Virginia Fin Svcs**
9121 Staples Mill Rd
Henrico, VA 23228

**Focus Recovery Solutions**
Attn: Bankruptcy
9701 Metropolitan Court Ste B
Richmond, VA 23236-0000

**Fradkin & Weber, PA**
c/o Jason R. Weber, Esq
200 East Joppa Road, Suite 301
Towson, MD 21286

**Fradkin and Weber**
200 E Joppa Rd
Towson, MD 21286-0000

**Fred Emer Med Alliance**
PO Box 888
Fredericksburg, VA 22404

**Golden Valley Lending Inc.**
635 East Highway 20, E
Upper Lake, CA 95485

**Henrico Doctors Hospital**
PO Box 13620
Richmond, VA 23225

**Jefferson Capital Systems, LLC**
16 Mcleland Rd
Saint Cloud, MN 56303-0000

**M&T Bank**
PO Box 64679
Baltimore, MD 21264

**Mabt/contfin**
121 Continental Dr Ste 1
Newark, DE 19713-0000

**Maryland State Income Tax**
Comptroller of Maryland
110 Carroll St.
Annapolis, MD 21411-0000

**Mid America Bank & Tru**
5109 S Broadband Ln
Sioux Falls, SD 57108-0000

**Mid America Bank & Trust**
Total Visa
P.O. Box 91510
Sioux Falls, SD 57109-1510

**MidAmerica Bank & Trust**
TCI
P.O. Box 5217
Sioux Falls, SD 57117

**Neurological Associates Inc**
7301 Forest Ave, Suite 302
Richmond, VA 23226-0000

**Nicholas Financial Inc**
2454 Mcmullen Booth Road
Clearwater, FL 34619-0000

**NPAS Solutions**
PO Box 2248
Maryland Heights, MD 63043

**One Hampton Medical**
PO Box 3475
Toledo, OH 43607

**Powell Inc**
1 Fisher Street
Halifax, PA 17032-0000

**Progressive Insurance**
6300 Wilson Mills Rd
Mayfield Village, OH 44143

**Radiologic Assoc. of Fred**
PO Box 7819
Fredericksburg, VA 22404

**RJM Acquisitions**
575 Underhill Blvd Ste 224
Syosset, NY 11791

**South Gate Financial LLC**
PO Box 103
Culpeper, VA 22701

**Stafford Hospital Center**
2300 Fall Hill #313
Fredericksburg, VA 22401-0000

**State Farm Mutual Auto Ins.**
One State Farm Plaza
Bloomington, IL 61710-0000

**SURGE**
PO Box 8099
Newark, DE 19714

**T-Mobile Bankruptcy Team**
PO Box 53410
Bellevue, WA 98015-5341

**United Services Automobile**
USAA
9800 Fredericksburg Rd
San Antonio, TX 78288-0000

**Usa Discounters Credit**
PO Box 8008
Attn: Bankruptcy Department
Virginia Beach, VA 23450-0000

**USA Discounters, LTD. D/B/A USA Living**
PO Box 41007
Norfolk, VA 23541

**USA Living**
PO Box 41007
Norfolk, VA 23541

**USAA c/o Sharon N. Horner & Assoc. PLC**
6804 Patterson Ave., Ste. A
Richmond VA 23226

**Valley Storage Robinwood**
11133 Robinwood Dr.
Hagerstown, MD 21742-0000

**Verizon**
500 Technology Dr
Suite 500
Weldon Spring, MO 63304-0000

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5505

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE:

James Sidney Ingram                        16-30701-KRH
                                           Chapter 13

Debtor(s)

## MOTION TO VACATE ORDER OF DISMISSAL

To the Honorable Court:

The Debtor moves this Court as follows:

1. On February 19, 2016, the Debtor filed a voluntary petition in bankruptcy.

2. DCSE filed an objection to confirmation on March 25, 2016, as Debtor owed
   pre-petition child support arrears that the plan did not acknowledge, and he
   owed post-petition child support arrears.

3. An Order Denying Confirmation of Plan was filed on April 13, 2016.

4. Debtor had 21 days (until May 4, 2016) to file a modified plan or the case
   would be dismissed.

5. Debtor's counsel tried to address the denial of confirmation but was unable to
   do so in a timely fashion for the following reason:

   a. Debtor's counsel placed a call to DCSE to request whether the arrears
      could be included in the modified plan and to determine the exact
      amount of arrears but did not receive a response before the allotted
      time expired.

WHEREFORE, Debtor requests that this Court vacate its order of dismissal and reinstate his Chapter 13 case to permit him to make payments to his creditors and complete his Chapter 13 bankruptcy.

<u>Counsel for</u> James Sidney Ingram, Debtor
Richard J. Oulton, Esquire
VSB 29640
America Law Group
t/a Debt Law Group
8501 Mayland Dr. Ste 106
Richmond, VA 23294
804-308-0051 (ph)
804-308-0053 (fax)

NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL RULE 9013-1, UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN FOURTEEN (14) DAYS OF THE SERVICE OF THIS MOTION TO REINSTATE CHAPTER 13 CASE THE COURT MAY DEEM ANY OPPOSITION WAIVED AND ISSUE AN ORDER SUSTAINING THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

James Sidney Ingram

Date:  5/9/2016

By  /s/ Richard J. Oulton
Attorney for Debtor

Certificate of Service

I hereby certify that I have this 5/9/2016 mailed a true copy of the foregoing Notice of Motion and Hearing to Suzanne Wade, Chapter 13 Trustee, P.O. Box 1780 Richmond, VA 23219-1780, The U.S. Trustee 701 E. Broad St., Ste.4304 Richmond, VA 23219, and all the creditors and necessary parties listed on the attached mailing list.

/s/ Richard J. Oulton
Richard J. Oulton

# Creditors

**ACE Sales Group**
657 West Indiantown Rd
Ste 205
Jupiter, FL 33458

**Fredericksburg Credit Bureau**
10506 Wakeman Dr.
Fredericksburg, VA 22407

**Greenline Loans**
PO Box 507
Hays, MT 59527

**Penn Credit**
PO Box 988
Harrisburg, PA 17108

**Progressive Finance**
PO Box 413110
Salt Lake City, UT 84141

**Sharon Horner & Assoc. PLC**
6804 Patterson Ave, Ste A
Richmond, VA 23226

**Wells Fargo Bank NA**
Recovery Dept
PO Box 5058
Portland, OR 97208

**White Hills Cash**
Island Finance
PO Box 330
Hays, MT 59527

**Acceptance Now**
attn: Customer Service
501 Headquarters Dr
Plano, TX 75024-0000

**Affirm, Inc.**
PO Box 2854
San Francisco, CA 94126

**Ashley Furniture Homestore**
6312 W Broad St.
Richmond, VA 23230

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0000

**Celtic Bank/contfinco**
121 Continental Dr Ste 1
Newark, DE 19713-0000

**Central Furniture Company, Inc**
3700 Mechanicsville Tnpk
Richmond, VA 23223-0000

**Child Support Va**
Bk Unit/Div. of Child Support Enforcemen
2001 Maywill St Ste. 104
Richmond, VA 23230-0000

**Contract Callers Inc.**
501 Greene St. Suite 302
Augusta, GA 30901

**Credit Acceptance**
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-0000

**Credit Collection Svcs**
725 Canton St.
Norwood, MA 02062

**Credit Control Corp**
PO Box 120568

Newport News, VA 23612-0000

**Dominion Dermatology PC**
5201-A Hickory Park Dr.
Glen Allen, VA 23059

**Dominion Virginia Power**
PO Box 26543
Richmond, VA 23290

**DriveTime**
4112 West Broad St.
Richmond, VA 23230

**Enterprise Rent A Car**
323 Alexander Lee Pkwy
Williamsburg, VA 23185

**ERC/Enhanced Recovery Corp**
8014 Bayberry Rd
Jacksonville, FL 32256-0000

**Fast Auto Loans**
5218 West Broad Street
Richmond, VA 23230-0000

**First Premier Bank**
601 S Minneapolis Ave
Sioux Falls, SD 57104-0000

**First Virginia Fin Svcs**
9121 Staples Mill Rd
Henrico, VA 23228

**Focus Recovery Solutions**
Attn: Bankruptcy
9701 Metropolitan Court Ste B
Richmond, VA 23236-0000

**Fradkin & Weber, PA**
c/o Jason R. Weber, Esq
200 East Joppa Road, Suite 301
Towson, MD 21286

**Fradkin and Weber**
200 E Joppa Rd
Towson, MD 21286-0000

**Fred Emer Med Alliance**
PO Box 888
Fredericksburg, VA 22404

**Golden Valley Lending Inc.**
635 East Highway 20, E
Upper Lake, CA 95485

**Henrico Doctors Hospital**
PO Box 13620

Richmond, VA 23225

**Jefferson Capital Systems, LLC**
16 Mcleland Rd
Saint Cloud, MN 56303-0000

**M&T Bank**
PO Box 64679
Baltimore, MD 21264

**Mabt/contfin**
121 Continental Dr Ste 1
Newark, DE 19713-0000

**Maryland State Income Tax**
Comptroller of Maryland
110 Carroll St.
Annapolis, MD 21411-0000

**Mid America Bank & Tru**
5109 S Broadband Ln
Sioux Falls, SD 57108-0000

**Mid America Bank & Trust**
Total Visa
P.O. Box 91510
Sioux Falls, SD 57109-1510

**MidAmerica Bank & Trust**
TCI
P.O. Box 5217
Sioux Falls, SD 57117

**Neurological Associates Inc**
7301 Forest Ave, Suite 302
Richmond, VA 23226-0000

**Nicholas Financial Inc**
2454 Mcmullen Booth Road
Clearwater, FL 34619-0000

**NPAS Solutions**
PO Box 2248
Maryland Heights, MD 63043

**One Hampton Medical**
PO Box 3475
Toledo, OH 43607

**Powell Inc**
1 Fisher Street
Halifax, PA 17032-0000

**Progressive Insurance**
6300 Wilson Mills Rd
Mayfield Village, OH 44143

**Radiologic Assoc. of Fred**

PO Box 7819
Fredericksburg, VA 22404

**RJM Acquisitions**
575 Underhill Blvd Ste 224
Syosset, NY 11791

**South Gate Financial LLC**
PO Box 103
Culpeper, VA 22701

**Stafford Hospital Center**
2300 Fall Hill #313
Fredericksburg, VA 22401-0000

**State Farm Mutual Auto Ins.**
One State Farm Plaza
Bloomington, IL 61710-0000

**SURGE**
PO Box 8099
Newark, DE 19714

**T-Mobile Bankruptcy Team**
PO Box 53410
Bellevue, WA 98015-5341

**United Services Automobile**
USAA
9800 Fredericksburg Rd
San Antonio, TX 78288-0000

**Usa Discounters Credit**
PO Box 8008

Attn: Bankruptcy Department
Virginia Beach, VA 23450-0000

**USA Discounters, LTD. D/B/A USA Living**
PO Box 41007
Norfolk, VA 23541

**USA Living**
PO Box 41007
Norfolk, VA 23541

**USAA c/o Sharon N. Horner & Assoc. PLC**
6804 Patterson Ave., Ste. A
Richmond VA 23226

**Valley Storage Robinwood**
11133 Robinwood Dr.
Hagerstown, MD 21742-0000

**Verizon**
500 Technology Dr
Suite 500
Weldon Spring, MO 63304-0000

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5505